UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

L.N., INDIVIDUALLY AND ON BEHALF OF
A.G., A CHILD WITH A DISABILITY,

              Plaintiff,         23-cv-855 (JGK)

      - against -               ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION,

              Defendant.

---

JOHN G. KOELTL, District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. See 28 U.S.C. § 1915.

SO ORDERED.
Dated:    New York, New York
          February 3, 2023

                                      John G. Koeltl
                             United States District Judge